**SEDGWICK LLP**
Michael R. Davisson (State Bar No. 83278)
*michael.davisson@sedgwicklaw.com*
Valerie D. Rojas (State Bar No. 180041)
*valerie.rojas@sedgwicklaw.com*
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: 213.426.6900
Facsimile: 213.426.6921

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. *erroneously named as* NATIONAL UNION FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 3, a trade union,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendant. | **CASE NO. 3:14-CV-04702- CRB**<br><br>**Matter Assigned to Honorable Judge Charles R. Breyer**<br><br>**Discovery Matters Assigned to. Magistrate Judge Donna M. Ryu**<br><br>**[State Court Case No. RG14712884, Filed September 22, 2014]**<br><br>**JOINT STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, International Union of Operating Engineers Local No. 3 ("IUOE Local 3") and defendant National Union Fire Insurance Company of Pittsburgh, PA. ("National Union") through their respective counsel of record, as follows:

WHEREAS this Court issued an Order setting the initial Case Management Conference in this matter for January 23, 2015 (the "Order");

WHEREAS the Order requires the parties to conduct the early meeting of counsel by December 24, 2014-- 30 days before the Case Management Conference, and to submit a Case Management Conference Statement by January 16, 2015—7 days before the Conference;

WHEREAS the local rules of the United States District Court Northern District of California require that trial counsel participates in the early meeting of counsel;

WHEREAS trial counsel for IUOE Local 3, E. Gerard Mannion, will be out of the country and unavailable from December 12, 2014 through January 6, 2015, and as Mr. Mannion has advised National Union that, given his schedule, he is unavailable to effectively participate in the early meeting of counsel before his departure;

WHEREAS National Union has agreed to a short continuance of the Case Management Conference as a courtesy to accommodate Mr. Mannion's schedule;

**IT IS HEREBY STIPULATED** by the parties and through their respective counsel of record as follows:

1. That the Case Management Conference be continued from January 23, 2014 to March 6, 2015 at 8:30 a.m. or to any other date and time that are convenient to the Court;

2. That the date by which counsel must conduct the early meeting of counsel be continued from December 24, 2014 to a date which is 30 days before the new Case Management Conference date;

3. That the date by which the parties must file a Case Management Conference Statement be continued from January 16, 2015 to a date that is 7 days before the new Case Management Conference date; and

4.     That this Stipulation may be executed in counterparts.

**SO STIPULATED.**

Dated:  December 12, 2014     SEDGWICK LLP

By: */s/Michael R. Davisson*
Michael R. Davisson
Valerie D. Rojas
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

Dated:  December 12, 2014     MANNION & LOWE

By: */s/E. Gerard Mannion*
E. Gerard Mannion
Attorney for Plaintiff
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL No. 3

I, *Michael R. Davisson* attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 12, 2014     SEDGWICK LLP

By: */s/Michael R. Davisson*
Michael R. Davisson

**IT IS SO ORDERED.**

December 15, 2014          _____
                           Honorable Charles R. Breyer
                           United States District Judge

*IT IS SO ORDERED.*
*Judge Charles R. Breyer*

-3-