**SEDGWICK LLP**
Michael R. Davisson         (State Bar No. 83278)
*michael.davisson@sedgwicklaw.com*
Valerie D. Rojas      (State Bar No. 180041)
*valerie.rojas@sedgwicklaw.com*
801 South Figueroa Street, 19th Floor
Los Angeles, California  90017-5556
Telephone:    213.426.6900
Facsimile:    213.426.6921

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA. *erroneously named as*
NATIONAL UNION FIRE INSURANCE COMPANY

**MANNION & LOWE**
 E. Gerard Mannion
*gerry@mannionlowe.com*
Kelly M. Mannion
*mannion.kelly@gmail.com*
655 Montgomery Street, Suite 1200
San Francisco, CA  94111
Telephone:    415.733.1050
Facsimile:    415. 434.4810

Attorneys for Plaintiff
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL NO. 3

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 3, a trade union,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendant. | **CASE NO.  3:14-CV-04702- CRB**<br><br>**Matter Assigned to Honorable Judge Charles R. Breyer**<br><br>**Discovery Matters Assigned to Magistrate Judge Donna M. Ryu**<br><br>**[State Court Case No.  RG14712884, Filed September 22, 2014]**<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS COMPLAINT** |

Having considered the parties' Stipulation to Dismiss the Complaint:

-1-

20393816v1

**IT IS HEREBY ORDERED** that the Complaint of the International Union of Operating Engineers Local No. 3, is dismissed with prejudice.

**IT IS FURTHER ORDERED THAT** the parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:   June 24, 2015

_____
Honorable Judge Charles R. Breyer